NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JUMP ROPE SYSTEMS, LLC,**

*Plaintiff-Appellant*

**v.**

**COULTER VENTURES, LLC, dba Rogue Fitness,**

*Defendant-Appellee*

---

2022-1624

---

Appeal from the United States District Court for the Southern District of Ohio in No. 2:18-cv-00731-MHW-CMV, Judge Michael H. Watson.

---

**ON MOTION**

---

Before PROST, BRYSON, and STOLL, *Circuit Judges*.

PER CURIAM.

**O R D E R**

The appellant Jump Rope Systems, LLC moves unopposed for summary affirmance of the district court's judgment, conceding that, under existing caselaw, the outcome is controlled by this court's earlier decision in *Jump Rope Systems, LLC v. Coulter Ventures, LLC*, Nos. 20-2284,

2        JUMP ROPE SYSTEMS, LLC v. COULTER VENTURES, LLC

2020-2285, 2021 WL 4592276 (Fed. Cir. 2021) (affirming the Patent Trial and Appeal Board's unpatentability determination for all asserted claims).

Accordingly,

IT IS ORDERED THAT:

(1) The motion for summary affirmance is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

June 28, 2022
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

ISSUED AS A MANDATE: June 28, 2022